STATE v. ROWSEY

No. 490A93-2

Case below: Alamance County Superior Court

Petition by defendant for writ of certiorari is allowed 7 May 1998 for the limited purpose of remanding this case to the Superior Court, Alamance County, for reconsideration of the discovery issue in light of this Court's opinion in *State v. Bates*, 348 N.C. 29, —— S.E.2d ——,1998 WL 1151 (April 3, 1998) (No. 145A91-3).

. STATE v. SCHOFF

No. 85P98

Case below: 128 N.C.App. 432

Notice of Appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 7 May 1998. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 May 1998.

STATE v. SHORE

No. 124P98

Case below: 128 N.C.App. 749

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1998.

STATE v. SPRINGS

No. 69P98

Case below: 128 N.C.App. 532

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 May 1998.

STATE v. THOMPSON

No. 80PA98

Case below: 128 N.C.App. 547

Petition by defendant for writ of supersedeas allowed 6 May 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1998.